In the Matter of the Application of COHN-HALL-MARX COMPANY, Appellant, against HARRY KLUGER and Others, Respondents, for an Order Requiring Said

Respondents to Submit Certain Differences between the Parties to Arbitration.— Order so far as appealed from reversed, without costs, and a summary trial directed of the issue as to whether or not the contract exists. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.